**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2366**

JOSEPH RICHARD PERRY, JR.,

        Plaintiff - Appellant,

    v.

THE COMMONWEALTH OF VIRGINIA; PAUL EBERT, in his official and individual capacities as the Commonwealth's Attorney for Prince William County, Virginia; RICHARD POTTER, in his official and individual capacities as Deputy Clerk for Prince William County, Virginia; LOIS J. RUSK, in her official and individual capacities as Deputy Clerk for Prince William County, Virginia; PRINCE WILLIAM COUNTY COMMONWEALTH ATTORNEY'S OFFICE; CIRCUIT COURT OF PRINCE WILLIAM COUNTY; VIRGINIA DEPARTMENT OF MOTOR VEHICLES; CHARLTON E. GNADT, JR., in his official and individual capacities as Clerk of Court for Prince William County, Virginia,

        Defendants - Appellees,

    and

PRINCE WILLIAM COUNTY CIRCUIT COURT CLERK'S, from June 8, 1990 to May 7, 2015, in their official and individual capacities; CITY OF MANASSAS, VIRGINIA; LEROY F. MILLETTE, JR., in his official and individual capacity as an Assistant Commonwealth Attorney for Prince William County, Virginia, as well as an individual capacity as a Circuit Judge for Prince William County, Virginia; CLAIBORNE TURNER RICHARDSON, II, in his official and individual capacity as Assistant Commonwealth Attorney for Prince William County, Virginia,

        Defendants.

JOSEPH RICHARD PERRY, JR.,

        Plaintiff - Appellant,

        v.

THE COMMONWEALTH OF VIRGINIA; PAUL EBERT, in his official and individual capacities as the Commonwealth's Attorney for Prince William County, Virginia; RICHARD POTTER, in his official and individual capacities as Deputy Clerk for Prince William County, Virginia; LOIS J. RUSK, in her official and individual capacities as Deputy Clerk for Prince William County, Virginia; PRINCE WILLIAM COUNTY COMMONWEALTH ATTORNEY'S OFFICE; CIRCUIT COURT OF PRINCE WILLIAM COUNTY; VIRGINIA DEPARTMENT OF MOTOR VEHICLES; CHARLTON E. GNADT, JR., in his official and individual capacities as Clerk of Court for Prince William County, Virginia,

        Defendants - Appellees,

        and

PRINCE WILLIAM COUNTY CIRCUIT COURT CLERK'S, from June 8, 1990 to May 7, 2015, in their official and individual capacities; CITY OF MANASSAS, VIRGINIA; LEROY F. MILLETTE, JR., in his official and individual capacity as an Assistant Commonwealth Attorney for Prince William County, Virginia, as well as an individual capacity as a Circuit Judge for Prince William County, Virginia; CLAIBORNE TURNER RICHARDSON, II, in his official and individual capacity as Assistant Commonwealth Attorney for Prince William County, Virginia,

        Defendants.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:17-cv-00546-AJT-JFA)

Submitted: June 1, 2018                     Decided: June 7, 2018

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph Richard Perry, Jr., Appellant Pro Se. Nicholas Foris Simopoulos, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Richard Perry, Jr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perry v. Virginia*, No. 1:17-cv-00546-AJT-JFA (E.D. Va. Nov. 9, 2017 & filed Nov. 21, 2017; entered Nov. 22, 2017). We deny as unnecessary Perry's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*